IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C.,<br><br>  Plaintiff,<br><br>  v.<br><br>TWITTER, INC.,<br><br>  Defendant. | C.A. No. 20-621-GBW<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT TWITTER, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Twitter, Inc. is a privately held company, and its parent corporation is X Holdings I, Inc. No publicly held corporation owns 10 percent or more of Twitter, Inc.

OF COUNSEL:

Sonal N. Mehta
Thomas G. Sprankling
WILMER CUTLER PICKERING
  HALE & DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6000
Sonal.mehta@wilmerhale.com
Thomas.sprankling@wilmerhale.com

Nora Q.E. Passamaneck
WILMER CUTLER PICKERING
  HALE & DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
(720) 274-3135
Nora.Passamaneck@wilmerhale.com

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendant Twitter, Inc.*

Dated: December 13, 2022

RLF1 28345928v.1