

Kelly E. Farnan
(302) 651-7705
farnan@rlf.com

May 12, 2023

**BY CM/ECF**
The Honorable Gregory B. Williams
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    ***B.E. Technology, LLC v. Twitter, Inc.*,**
                **C.A. No. 20-621-GBW**

Dear Judge Williams:

    In accordance with the Court's discovery dispute procedures, the parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer, including on May 10, 2023:

        Plaintiff:

        Delaware Counsel: Steve Brauerman, Bayard, P.A.

        Lead Counsel: Michael S. DeVincenzo, Charles Wizenfeld, and Andrew Pacelli, King & Wood Mallesons

        Defendant:

        Delaware Counsel: Kelly Farnan, Richards, Layton & Finger, P.A.

        Lead Counsel: Sonal Mehta, Nora Q.E. Passamaneck, and Taylor Gooch, WilmerHale

The dispute requiring judicial attention is listed below:

1. Defendant Twitter's request to stay discovery pending resolution of its motion to stay (*see* D.I. 66).

The Honorable Gregory B. Williams
May 12, 2023
Page 2

                                      Respectfully,

                                      /s/ *Kelly E. Farnan*

                                      Kelly E. Farnan (#4395)

cc:      All Counsel of Record (via CM/ECF)