# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | C.A. No. 20-621-GBW <br><br> **JURY TRIAL DEMANDED** |
| B.E. TECHNOLOGY, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 20-622-GBW <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF REDUCTION OF PATENT CLAIMS ASSERTED AGAINST DEFENDANTS

Dated: May 23, 2023

*Of Counsel*:
Mark Raskin
Robert Whitman
Michael DeVincenzo
Charles Wizenfeld
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
mark.raskin@us.kwm.com
robert.whitman@us.kwm.com
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff*
*B.E. Technology, L.L.C.*

In accordance with the Court's May 16, 2023 Order, Plaintiff B.E. Technology, L.L.C. ("B.E.") hereby reduces the claims of the Asserted Patents[1] it is asserting against Defendants in these cases to only assert claim 25 of the '440 Patent.  B.E. further confirms that regardless of whether claims 1–24 and 26–37 of the '440 Patent, claims 1–19 of the '410 Patent, and claims 1–19 of the '411 Patent are later revived on appeal, B.E. will not assert claims of infringement concerning claims 1–24 and 26–37 of the '440 Patent, claims 1–19 of the '410 Patent, and claims 1–19 of the '411 Patent against Defendants in the above noted cases or any other cases.

| | |
|---|---|
| Dated:  May 23, 2023 | BAYARD, P.A. |
| | |
| | /s/ Ronald P. Golden III |
| OF COUNSEL: | Stephen B. Brauerman (#4952) |
| | Ronald P. Golden III (#6254) |
| Mark Raskin | 600 N. King Street, Suite 400 |
| Robert Whitman | Wilmington, DE 19801 |
| Michael DeVincenzo | (302) 655-5000 |
| Charles Wizenfeld | sbrauerman@bayardlaw.com |
| KING & WOOD MALLESONS LLP | rgolden@bayradlaw.com |
| 500 5th Avenue, 50th Floor | |
| New York, New York 10110 | *Attorneys for Plaintiff* |
| (212) 319-4755 | *B.E. Technology, L.L.C.* |
| mark.raskin@us.kwm.com | |
| robert.whitman@us.kwm.com | |
| michael.devincenzo@us.kwm.com | |
| charles.wizenfeld@us.kwm.com | |

---

[1] "Asserted Patents" refers to the three patents B.E. accused Defendants Twitter, Inc. ("Twitter") and Google LLC ("Google") (collectively, "Defendants") of infringing in the complaints it filed in these actions on May 7, 2020: U.S. Patent Nos. 8,549,410 ("'410 Patent"), 8,549,411 ("'411 Patent"), and 8,769,440 ("'440 Patent").