IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | C.A. No. 1:20-cv-00621-GBW <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff B.E. Technology, L.L.C. ("Plaintiff") and Defendant Twitter, Inc. ("Defendant") (collectively with Plaintiff, the "Parties") respectfully submit this Stipulation of Dismissal signed by all Parties that have appeared in this action.

The Parties agree and hereby stipulate that all claims for relief asserted against Defendant by Plaintiff herein, and all claims for relief asserted against Plaintiff by Defendant herein, are dismissed, with prejudice, and that all attorneys' fees, costs of court, and expenses shall be borne by each Party incurring the same.

Dated: April 24, 2025

| | |
|---|---|
| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Stephen B. Brauerman | /s/ Kelly E. Farnan |
| Stephen B. Brauerman (#4952) | Kelly E. Farnan (#4395) |
| Ronald P. Golden III (#6254) | Sara M. Metzler (#6509) |
| 600 North King Street, Suite 400 | One Rodney Square |
| Wilmington, DE 19801 | 920 N. King Street |
| (302) 655-5000 | Wilmington, DE 19801 |
| sbrauerman@bayardlaw.com | (302) 651-7700 |
| rgolden@bayardlaw.com | farnan@rlf.com |
| | metzler@rlf.com |
| Paul J. Skiermont | |
| Jaime K. Olin | Sonal N. Mehta |
| Kevin P. Potere | Thomas G. Sprankling |
| Alexander E. Gasser | Wilmer Cutler Pickering Hale & Dorr LLP |
| Todd A. Martin | 2600 El Camino Real, Suite 400 |
| Skiermont Derby LLP | Palo Alto, CA 94306 |
| 1601 Elm Street, Suite 4400 | |
| Dallas, TX 75201 | Nora Q.E. Passamaneck |
| (214) 978-6600 | Sydney E. Donovan |
| pskiermont@skiermontderby.com | Wilmer Cutler Pickering Hale & Dorr LLP |
| jolin@skiermontderby.com | 1225 17th Street, Suite 2600 |
| agasser@skiermontderby.com | Denver, CO 80202 |
| kpotere@skiermontderby.com | |
| tmartin@skiermontderby.com | Taylor Gooch |
| | Wilmer Cutler Pickering Hale & Dorr LLP |
| Mieke K. Malmberg | 1 Front Street, Suite 3500 |
| Skiermont Derby LLP | San Francisco, CA 94111 |
| 633 West Fifth Street, Suite 5800 | |
| Los Angeles, CA 90071 | Reshma Gogineni |
| (213) 788-4500 | Wilmer Cutler Pickering Hale and Dorr LLP |
| mmalmberg@skiermontderby.com | 7 World Trade Center |
| | 250 Greenwich Street |
| *Attorneys for Plaintiff* | New York, New York 10007 |
| *B.E. Technology, L.L.C.* | (212) 295-6301 |
| | |
| | *Attorneys for Defendant Twitter, Inc.* |

SO ORDERED, this 25th day of April, 2025:

_____
UNITED STATES DISTRICT JUDGE

2